B6C (Official Form 6C) (4/10)

.

In re **Salvador Rios Manzo,**            Case No. **12-36855**
     **Jodi Lyn Manzo**
_____,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)     $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Primary Residence 5714 SE 120th Ave. Portland, OR 97266 | ORS §§ 18.395, 18.402 | 50,000.00 | 90,910.00 |
| **Cash on Hand** | | | |
| Cash on Hand | ORS § 18.385 ORS § 18.345(1)(o) | 75% 5.00 | 20.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Wells Fargo Checking Account Account # ~9127 | ORS § 18.385 ORS § 18.345(1)(o) | 75% 6.00 | 24.00 |
| CECU Checking Account # ~ 2216 | ORS § 18.348 ORS § 18.345(1)(o) | 75% 115.50 | 462.00 |
| CECU Savings Account # ~221 | ORS § 18.385 ORS § 18.345(1)(o) | 75% 2.50 | 10.00 |
| First Tech FCU Carefree Checking # ~4759 | ORS § 18.385 ORS § 18.345(1)(o) | 75% 0.25 | 1.00 |
| First Tech FCU Carefree Savings # ~4759 | ORS § 18.385 ORS § 18.345(1)(o) | 75% 1.25 | 5.00 |
| **Household Goods and Furnishings** | | | |
| Household Goods and Furnishings | ORS § 18.345(1)(f) | 1,055.00 | 1,055.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books | ORS § 18.345(1)(a) | 20.00 | 20.00 |
| Family Artwork | ORS § 18.345(1)(a) | 20.00 | 20.00 |
| **Wearing Apparel** | | | |
| Clothing | ORS § 18.345(1)(b) | 300.00 | 300.00 |
| **Furs and Jewelry** | | | |
| Jewelry | ORS § 18.345(1)(b) | 200.00 | 200.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Guns | ORS § 18.362 | 300.00 | 300.00 |
| Hobby and Sports Equipment | ORS § 18.345(1)(o) | 230.00 | 230.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Joint Debtor's Blount 401(k) Retirement Savings Plan | ORS § 18.358 | 65,276.11 | 65,276.00 |
| Debtor's Retirement Plan for Hourly Employees of Gem Top Inc. | ORS § 18.358 | 15,080.37 | 15,080.37 |

  **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

Sheet ___ of ___

In re **Salvador Rios Manzo,**        Case No. __**12-36855**__
     **Jodi Lyn Manzo**
                                         Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2008 Kia Rio** | ORS § 18.345(1)(d) | 3,000.00 | 7,100.00 |
| **2009 Dodge Caravan** | ORS § 18.345(1)(d) | 3,000.00 | 13,000.00 |
| | Total: | **139,003.48** | **194,013.37** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of Oregon

In re  **Salvador Rios Manzo**
**Jodi Lyn Manzo**

Case No. **12-36855**

Debtor(s)

Chapter **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __21__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **September 28, 2014**       Signature   **/s/ Salvador Rios Manzo**
                                              **Salvador Rios Manzo**
                                              Debtor

Date **September 28, 2014**       Signature   **/s/ Jodi Lyn Manzo**
                                              **Jodi Lyn Manzo**
                                              Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.