| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Transaction Date 05/29/2014** | | | | | | | | | |
| 2861.001 | 05/29/2014 | 12 | P | 1 | 250.00 | 1.50 | 375.00 | Review filed petitions and schedules (0.8); meet with D. Steinbach (0.7).<br>Steinbach/Darlene R.<br>Bankruptcy | 1 |
| **Total for Transaction Date 05/29/2014** | | | | | Billable | 1.50 | 375.00 | | |
| **Transaction Date 05/30/2014** | | | | | | | | | |
| 2861.001 | 05/30/2014 | 12 | P | 1 | 250.00 | 1.50 | 375.00 | Further analysis of petitions and plan as filed (.5); analyze current financial situation and sell or refinance possibilities (.6); conference with N. Henderson regarding plan feasibility options (.3); telephone call to J. Palomares regarding relief from stay motion (.1).<br>Steinbach/Darlene R.<br>Bankruptcy | 2 |
| **Total for Transaction Date 05/30/2014** | | | | | Billable | 1.50 | 375.00 | | |
| **Transaction Date 06/02/2014** | | | | | | | | | |
| 2861.001 | 06/02/2014 | 12 | P | 1 | 250.00 | 0.30 | 75.00 | Draft letter to client regarding bankruptcy status and risks moving forward.<br>Steinbach/Darlene R.<br>Bankruptcy | 3 |
| **Total for Transaction Date 06/02/2014** | | | | | Billable | 0.30 | 75.00 | | |
| **Transaction Date 06/03/2014** | | | | | | | | | |
| 2861.001 | 06/03/2014 | 12 | P | 1 | 250.00 | 0.50 | 125.00 | Edit letter to client regarding status and risks going forward. (No Charge).<br>Steinbach/Darlene R.<br>Bankruptcy | 4 |
| **Total for Transaction Date 06/03/2014** | | | | | Billable<br>Non-billable<br>Total | 0.00<br>0.50<br>0.50 | 0.00<br>125.00<br>125.00 | | |
| **Transaction Date 06/05/2014** | | | | | | | | | |
| 2861.001 | 06/05/2014 | 12 | P | 1 | 250.00 | 0.60 | 150.00 | Telephone conference with J. Palomares regarding relief from stay hearing (0.3); telephone conference with client regarding curing postpetition arrearages (0.3).<br>Steinbach/Darlene R.<br>Bankruptcy | 5 |
| **Total for Transaction Date 06/05/2014** | | | | | Billable | 0.60 | 150.00 | | |
| **Transaction Date 06/10/2014** | | | | | | | | | |
| 2861.001 | 06/10/2014 | 12 | P | 1 | 250.00 | 0.60 | 150.00 | Telephone conference with J. Palomares regarding debt confirmation (0.2); review motion and payment history (0.2); attend relief from stay hearing (0.2).<br>Steinbach/Darlene R.<br>Bankruptcy | 6 |
| **Total for Transaction Date 06/10/2014** | | | | | Billable | 0.60 | 150.00 | | |
| **Transaction Date 06/23/2014** | | | | | | | | | |
| 2861.001 | 06/23/2014 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Emails with D. Steinbach regarding hearing; emails with J. Palomares regarding same.<br>Steinbach/Darlene R.<br>Bankruptcy | 7 |
| **Total for Transaction Date 06/23/2014** | | | | | Billable | 0.20 | 50.00 | | |
| **Transaction Date 06/25/2014** | | | | | | | | | |
| 2861.001 | 06/25/2014 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Telephone calls to/from D. Steinbach regarding default.<br>Steinbach/Darlene R.<br>Bankruptcy | 8 |
| **Total for Transaction Date 06/25/2014** | | | | | Billable | 0.20 | 50.00 | | |
| **Transaction Date 06/27/2014** | | | | | | | | | |
| 2861.001 | 06/27/2014 | 12 | P | 1 | 250.00 | 0.30 | 75.00 | Telephone conference with D. Steinbach regarding relief from stay and hearing; emails with J. Palomares regarding same.<br>Steinbach/Darlene R.<br>Bankruptcy | 9 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Transaction Date 06/27/2014**

| **Total for Transaction Date 06/27/2014** | | | | | Billable | 0.30 | 75.00 | | |

**Transaction Date 07/17/2014**

| 2861.001 | 07/17/2014 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Emails with Trustee regarding payment history. (No Charge).<br>Steinbach/Darlene R.<br>Bankruptcy | 10 |

| **Total for Transaction Date 07/17/2014** | | | | | Billable<br>Non-billable<br>Total | 0.00<br>0.20<br>0.20 | 0.00<br>50.00<br>50.00 | | |

**Transaction Date 07/29/2014**

| 2861.001 | 07/29/2014 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Exchange phone calls with Client. (No Charge).<br>Steinbach/Darlene R.<br>Bankruptcy | 11 |

| **Total for Transaction Date 07/29/2014** | | | | | Billable<br>Non-billable<br>Total | 0.00<br>0.20<br>0.20 | 0.00<br>50.00<br>50.00 | | |

**Transaction Date 07/30/2014**

| 2861.001 | 07/30/2014 | 12 | P | 1 | 250.00 | 0.40 | 100.00 | Telephone conference with J. Palomares regarding calls from S. Ferrero and D. Steinbach; Telephone conference with S. Ferraro regarding loan workout.<br>Steinbach/Darlene R.<br>Bankruptcy | 12 |

| **Total for Transaction Date 07/30/2014** | | | | | Billable | 0.40 | 100.00 | | |

**Transaction Date 08/14/2014**

| 2861.001 | 08/14/2014 | 12 | P | 1 | 250.00 | 0.50 | 125.00 | Draft letter to client regarding plan options; analyze case financials.<br>Steinbach/Darlene R.<br>Bankruptcy | 13 |

| **Total for Transaction Date 08/14/2014** | | | | | Billable | 0.50 | 125.00 | | |

**Transaction Date 09/29/2014**

| 2861.001 | 09/29/2014 | 12 | P | 1 | 250.00 | 0.30 | 75.00 | Telephone conference with D. Steinbach regarding current status and mortgage modification.<br>Steinbach/Darlene R.<br>Bankruptcy | 14 |

| **Total for Transaction Date 09/29/2014** | | | | | Billable | 0.30 | 75.00 | | |

**Transaction Date 07/23/2015**

| 2861.001 | 07/23/2015 | 12 | P | 1 | 250.00 | 0.30 | 75.00 | Telephone conference with husband's divorce attorney regarding foreclosure process.<br>Steinbach/Darlene R.<br>Bankruptcy | 15 |

| **Total for Transaction Date 07/23/2015** | | | | | Billable | 0.30 | 75.00 | | |

**Transaction Date 07/24/2015**

| 2861.001 | 07/24/2015 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Analyze case financials in follow-up to conversation with divorce attorney.<br>Steinbach/Darlene R.<br>Bankruptcy | 16 |

| **Total for Transaction Date 07/24/2015** | | | | | Billable | 0.20 | 50.00 | | |

**Transaction Date 08/20/2015**

| 2861.001 | 08/20/2015 | 12 | P | 1 | 250.00 | 1.20 | 300.00 | Emails with Divorce attorney regarding house sale (0.3); analyze chapter 13 plan and modification or dismissal options for case (0.8); telephone call to D. Steinbach (0.1).<br>Steinbach/Darlene R.<br>Bankruptcy | 17 |

| **Total for Transaction Date 08/20/2015** | | | | | Billable | 1.20 | 300.00 | | |

**Transaction Date 10/06/2015**

| 2861.001 | 10/06/2015 | 12 | P | 1 | 250.00 | 0.60 | 150.00 | Telephone conference with D. Steinbach regarding sale | 18 |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Transaction Date 10/06/2015**

information (0.3); emails with realtor regarding same (0.2); review plan pay-off information (0.1).
Steinbach/Darlene R.
Bankruptcy

**Total for Transaction Date 10/06/2015**    Billable    0.60    150.00

**Transaction Date 10/07/2015**
| 2861.001 | 10/07/2015 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Voice mail from client regarding US bank account number; review claim documents and forward same to broker. (No Charge).<br>Steinbach/Darlene R.<br>Bankruptcy | 19 |

**Total for Transaction Date 10/07/2015**
Billable 0.00 0.00
Non-billable 0.20 50.00
Total 0.20 50.00

**Transaction Date 10/09/2015**
| 2861.001 | 10/09/2015 | 12 | P | 1 | 250.00 | 0.30 | 75.00 | Emails with listing agent regarding lien payoffs and listing price. (No Charge).<br>Steinbach/Darlene R.<br>Bankruptcy | 20 |

**Total for Transaction Date 10/09/2015**
Billable 0.00 0.00
Non-billable 0.30 75.00
Total 0.30 75.00

**Transaction Date 10/19/2015**
| 2861.001 | 10/19/2015 | 12 | P | 1 | 250.00 | 1.70 | 425.00 | Draft order from relief from stay for divorce proceeding (.5); telephone conference with B. Wright regarding same (.2); telephone conference with C. Dorheim regarding same and case closing issues(.3) analyze house sale and case payoff contingencies (.6).<br>Steinbach/Darlene R.<br>Bankruptcy | 21 |

**Total for Transaction Date 10/19/2015**    Billable    1.70    425.00

**Transaction Date 10/20/2015**
| 2861.001 | 10/20/2015 | 12 | P | 1 | 250.00 | 0.30 | 75.00 | Emails with Ch 13 Trustee regarding order; telephone conference with court regarding same. (No Charge).<br>Steinbach/Darlene R.<br>Bankruptcy | 22 |

**Total for Transaction Date 10/20/2015**
Billable 0.00 0.00
Non-billable 0.30 75.00
Total 0.30 75.00

**Transaction Date 10/21/2015**
| 2861.001 | 10/21/2015 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Edit Relief From Stay Order per court's instructions. (No Charge).<br>Steinbach/Darlene R.<br>Bankruptcy | 23 |

**Total for Transaction Date 10/21/2015**
Billable 0.00 0.00
Non-billable 0.20 50.00
Total 0.20 50.00

**Transaction Date 10/22/2015**
| 2861.001 | 10/22/2015 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Emails with divorce attorneys regarding entered order for rfs.<br>Steinbach/Darlene R.<br>Bankruptcy | 24 |

**Total for Transaction Date 10/22/2015**    Billable    0.20    50.00

**Transaction Date 11/18/2015**
| 2861.001 | 11/18/2015 | 12 | P | 1 | 250.00 | 0.40 | 100.00 | Review motion to dismiss; draft letter to client regarding same.<br>Steinbach/Darlene R.<br>Bankruptcy | 25 |

**Total for Transaction Date 11/18/2015**    Billable    0.40    100.00

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|

**Transaction Date 11/20/2015**

| 2861.001 | 11/20/2015 | 12 | P | 1 | 250.00 | 0.80 | 200.00 | Emails with Realtor regarding sale price and payoff information (0.2); analyze payoff options and modified plan possibility (0.4); analyze payment from homestead exemption to secured creditors (0.2).<br>Steinbach/Darlene R.<br>Bankruptcy | 26 |

**Total for Transaction Date 11/20/2015**     Billable    0.80    200.00

**Transaction Date 11/23/2015**

| 2861.001 | 11/23/2015 | 12 | P | 1 | 250.00 | 0.30 | 75.00 | Conference with N. Henderson regarding payoff and exemption issue. (No Charge).<br>Steinbach/Darlene R.<br>Bankruptcy | 27 |

**Total for Transaction Date 11/23/2015**
Billable    0.00    0.00
Non-billable    0.30    75.00
Total    0.30    75.00

**Transaction Date 11/24/2015**

| 2861.001 | 11/24/2015 | 12 | P | 1 | 250.00 | 0.80 | 200.00 | Emails with Realtor regarding new offers and closing logistics; analyze modified plan options regarding sale price and exemption issues. (No Charge).<br>Steinbach/Darlene R.<br>Bankruptcy | 28 |

**Total for Transaction Date 11/24/2015**
Billable    0.00    0.00
Non-billable    0.80    200.00
Total    0.80    200.00

**Transaction Date 12/02/2015**

| 2861.001 | 12/02/2015 | 12 | P | 1 | 250.00 | 0.40 | 100.00 | Review HUD closing and sales documents; email to trustee regarding payoff.<br>Steinbach/Darlene R.<br>Bankruptcy | 30 |

**Total for Transaction Date 12/02/2015**     Billable    0.40    100.00

**Transaction Date 12/04/2015**

| 2861.001 | 12/04/2015 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Emails with trustee regarding case payoff status.<br>Steinbach/Darlene R.<br>Bankruptcy | 29 |

**Total for Transaction Date 12/04/2015**     Billable    0.20    50.00

**Transaction Date 12/10/2015**

| 2861.001 | 12/10/2015 | 12 | P | 1 | 250.00 | 0.20 | 50.00 | Emails with escrow agent regarding closing and payoff.<br>Steinbach/Darlene R.<br>Bankruptcy | 31 |

**Total for Transaction Date 12/10/2015**     Billable    0.20    50.00

**GRAND TOTALS**

Billable    12.60    3,150.00
Non-billable    3.00    750.00
Total    15.60    3,900.00